IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY HOLMES**                                                                        **PLAINTIFF**
**ADC #127662**

v.                          **CASE NO. 4:20-CV-00878-BSM**

**KARA BELUE,** *et al.*                                                     **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 5] are adopted. This case is dismissed without prejudice because Gary Holmes failed to state a claim upon which relief could be granted. The dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE