IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY HOLMES**     **PLAINTIFF**
**ADC #127662**

v.     CASE NO. 4:20-CV-00878-BSM

**KARA BELUE,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE